# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Meghan Hamilton, et al. v. Bayer Corporation, et al.*[1] | No. 3:12-cv-11109-DRH-PMF |
| *Shiree Harper, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[2] | No. 3:13-cv-10505-DRH-PMF |
| *Andrea Herold, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[3] | No. 3:13-cv-10508-DRH-PMF |
| *Luz Hofman, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[4] | No. 3:13-cv-10529-DRH-PMF |
| *Shakedra Hubbard, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[5] | No. 3:13-cv-10526-DRH-PMF |
| *Stephanie Jackson, et al. v. Bayer Pharma AG, et al.*[6] | No. 3:12-cv-11558-DRH-PMF |
| *Eyvette Johnson, et al. v. Bayer Pharma AG, et al.*[7] | No. 3:12-cv-11630-DRH-PMF |
| *Melissa Johnson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[8] | No. 3:13-cv-10209-DRH-PMF |
| *Tamika Johnson, et al. v. Bayer Pharma AG, et al.*[9] | No. 3:12-cv-10141-DRH-PMF |
| *Cherrelyn Jones, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[10] | No. 3:14-cv-10020-DRH-PMF |
| *Nina Jones, et al. v. Bayer Corporation, et al.*[11] | No. 3:12-cv-10505-DRH-PMF |

---

[1] This Order applies to only plaintiffs Jessica Parks and Maria Smith.
[2] This Order applies to only plaintiffs Stacey McGovern and Shannon Wetzel.
[3] This Order applies to only plaintiff Katrina McAddley.
[4] This Order applies to only plaintiffs Luz Hofman and Susan Lackey.
[5] This Order applies to only plaintiffs Shakedra Hubbard and Edneka McElwee.
[6] This Order applies to only plaintiffs Debra Milwrick, Maxine Russell and Eboni Duke.
[7] This Order applies to only plaintiffs Eyvette Johnson and Glenda Thomas.
[8] This Order applies to only plaintiffs Melissa Johnson, Rebecca Bodary and Lindsey Kelly.
[9] This Order applies to only plaintiff Anna Lowery.
[10] This Order applies to only plaintiffs Cherrelyn Jones and Tracy Hale.

| | |
|---|---|
| *Tammy Jones, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[12] | No. 3:13-cv-10522-DRH-PMF |
| *Cristi Jordan, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[13] | No. 3:11-cv-13187-DRH-PMF |
| *Kristin Lamb, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[14] | No. 3:11-cv-12893-DRH-PMF |
| *Sabrina Lane, et al. v. Bayer Corporation, et al.*[15] | No. 3:11-cv-20002-DRH-PMF |
| *Jordynn Ligocki, et al. v. Bayer Pharma AG, et al.*[16] | No. 3:12-cv-11247-DRH-PMF |
| *Rebecca Luck, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[17] | No. 3:14-cv-10018-DRH-PMF |
| *Jennifer Mackey, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[18] | No. 3:13-cv-10184-DRH-PMF |
| *Michelle Maynard, et al. v. Bayer Schering Pharma AG, et al.*[19] | No. 3:11-cv-10337-DRH-PMF |
| *Kaila McDonald, et al. v. Bayer Corporation, et al.*[20] | No. 3:10-cv-11839-DRH-PMF |
| *Sarenna McMindes, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[21] | No. 3:14-cv-10027-DRH-PMF |
| *Claudia Mendoza, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[22] | No. 3:13-cv-10519-DRH-PMF |
| *Debbie Ruth Moore, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[23] | No. 3:14-cv-10180-DRH-PMF |

---

[11] This Order applies to only plaintiff Hope Walsingham.
[12] This Order applies to only plaintiffs Tammy Jones and April Mills.
[13] This Order applies to only plaintiff Chasity Bowser.
[14] This Order applies to only plaintiff Derria Fryson.
[15] This Order applies to only plaintiff Julia Donahue.
[16] This Order applies to only plaintiffs Joyce Simmons and Barbara Davenport.
[17] This Order applies to only plaintiff Kim Kiefer.
[18] This Order applies to only plaintiff Jennifer Martin.
[19] This Order applies to only plaintiff Heyam Khalil.
[20] This Order applies to only plaintiff Kimberly Cozad.
[21] This Order applies to only plaintiff Sarenna McMindes and Wallace E. Payne (Miriam M. Payne).
[22] This Order applies to only plaintiff Mary Kennedy-Moore.
[23] This Order applies to only plaintiff Debbie Ruth Moore.

| | |
|---|---|
| *Victoria Moore, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[24] | No. 3:14-cv-10231-DRH-PMF |

## ORDER GRANTING WITH PREJUDICE DISMISSAL PURSUANT TO CMO 79

On December 15, 2015, the Bayer Defendants moved to dismiss the claims of plaintiffs in the above captioned matters, with prejudice, pursuant to Section III of Case Management Order 79 ("CMO 79"). Pursuant to CMO 79, each plaintiff had 14 days to file an opposition to the Bayer Defendants' motions to dismiss. Case Management Order 79 further provides that failure to timely file an opposition "will result in an automatic dismissal with prejudice." CMO 79 § III ¶ 5(b). The above captioned plaintiffs failed to file an opposition to the Bayer Defendants' motions to dismiss. Accordingly, these actions are subject to automatic dismissal with prejudice.

The Court therefore **GRANTS** the motions to dismiss the claims of the plaintiffs in the above captioned matters. The claims of the above captioned plaintiffs are **DISMISSED WITH PREJUDICE**. **The Court DIRECTS the Clerk to terminate the identified plaintiffs from the Court's docket.**

**IT IS SO ORDERED.**

**Signed this 5th day of January, 2016.**

Digitally signed by Judge David R. Herndon
Date: 2016.01.05 15:27:37 -06'00'

**United States District Judge**

---

[24] This Order applies to only plaintiff Sandra Tysar-Gilbert.

3